# start HEALTHY

ISSUE 17



How are you? I hope you and your family are safe during this breakout.

I have been working hard as usual to navigate with all the projects in additional to residential realty services. If you like to learn more about the market or your properties' value, please do not hesitate to contact me.

"Start Healthy" should be all of our humble wish for life. I wanted to take this opportunity to connect and share this terrific magazine as a thank you for your continued support through business and referrals. Our professional team can help on your real estate demands for your best interest.

We are looking forward to further serve you. Thank you.

Best Regards,

Josie Lin

*Josie Lin*
Josie Lin, CCIM
Owner/Broker Associate RE/MAX United

**Josie Lin**, CCIM, CDPE, ALHS
Real Estate Associate
Lic. #0536201
Real Estate Is Not Only Local But Global.

**Cell: (832) 618-5898**
**Email: Info@united888.com**

