

**Texas Real Estate Commission**
P.O. Box 12188
Austin, TX 78711-2188
512-936-3000

# CERTIFICATE OF LICENSE HISTORY

An automated search of the Texas Real Estate Commission's database reveals the following licensing information current as of 09/07/2022. Please note: Texas does not license by mere reciprocity.

Name: LIN, CHENG CHING
License Type: Broker
License Number: 536201
License Status: Active
Original License Date: 05/13/2005
Exam Date: 12/27/2012
License Upgraded: 01/02/2013
License Expiration Date: 01/31/2023

# DISCIPLINARY ACTIONS

An automated search of the Texas Real Estate Commission's database for the past ten (10) years reveals the following disciplinary action record(s) as of 09/07/2022. Any disciplinary actions listed below are final as of the disposition date. If this section is blank, there were no disciplinary records located.

# REAL ESTATE EDUCATION HISTORY

| Course Date | Course Number | Course Name | Subject | Provider Name | Hours |
|---|---|---|---|---|---|
| 01/17/21 | 37797 | Legal Update II (2020-2021) | Legal Update II | The CE Shop LLC | 4 |
| 01/04/21 | 37796 | Legal Update I (2020-2021) | Legal Update I | The CE Shop LLC | 4 |
| 11/14/19 | 37993 | October Luncheon - Houston: America's Boom Town | RE CE Elective | Houston/Gulf Coast CCIM Chapter | 1 |
| 09/13/19 | 18500 | Other Designation | RE CE Elective | | 9 |
| 07/19/19 | 18500 | Other Designation | RE CE Elective | | 9 |
| 04/11/19 | 18500 | Other Designation | RE CE Elective | | 9 |
| 01/20/19 | 33198 | Legal Update II (2018-2019) | Legal Update II | The CE Shop LLC | 4 |



**Texas Real Estate Commission**

P.O. Box 12188

Austin, TX 78711-2188

512-936-3000

| Course Date | Course Number | Course Name | Subject | Provider Name | Hours |
|---|---|---|---|---|---|
| 12/25/18 | 33197 | Legal Update I (2018-2019) | Legal Update I | The CE Shop LLC | 4 |
| 12/06/18 | 18500 | Other Designation | RE CE Elective | | 9 |
| 10/31/17 | 31761 | Matrix Overview | RE CE Elective | Houston Association of REALTORS | 4 |
| 05/09/17 | 31196 | Putting Together A 1031 Exchange | RE CE Elective | Real Estate School of Texas | 4 |
| 01/11/17 | 29622 | Legal Update I | Legal Update I | Kaplan Real Estate Education | 4 |
| 01/11/17 | 29623 | Legal Update II | Legal Update II | Kaplan Real Estate Education | 4 |
| 01/05/17 | 28595 | Title Insurance Commitments for Commerical Transactions | RE CE Elective | Title Resources Guaranty Company | 1 |
| 01/05/17 | 28843 | TAR Commercial Contracts: In-Depth Analysis | RE CE Elective | Title Resources Guaranty Company | 2 |
| 12/14/16 | 31625 | Election is Over: Now What for Commercial Real Estate | RE CE Elective | Houston/Gulf Coast CCIM Chapter | 2 |
| 08/25/15 | 27331 | Financial Analysis Tools | RE CE Elective | CCIM Institute | 7 |
| 12/16/14 | 26393 | TREC Ethics MCE | Legal Update II | Kaplan Real Estate Education | 3 |
| 12/16/14 | 26392 | TREC Legal Update MCE | Legal Update I | Kaplan Real Estate Education | 3 |
| 12/15/14 | 24214 | BROKER RESPONSIBILITY COURSE | Broker Responsibility | Kaplan Real Estate Education | 6 |
| 12/15/14 | 26247 | VIRTUAL BROKERAGE: HOW TO DO IT | RE CE Elective | Kaplan Real Estate Education | 3 |



**Texas Real Estate Commission**

P.O. Box 12188

Austin, TX 78711-2188

512-936-3000

| Course Date | Course Number | Course Name | Subject | Provider Name | Hours |
|---|---|---|---|---|---|
| 10/16/13 | 25017 | COMMERCIAL LEASING 101 | RE CE Elective | NTR Texas | 3 |
| 12/05/12 | 711 | REAL ESTATE BROKERAGE I | Qualifying RE Topics | KAPLAN UNIVERSITY | 30 |
| 01/03/12 | 6100 | ALL RELATED (EXCEPT R.E.) | Qualifying RE Topics | SCHOOLS FROM WHICH RELATED CREDIT IS ACCEPTED | 537 |
| 11/29/11 | 19206 | RISK REDUCTION: INTERNATIONAL BUSINESS FACTORS AFFECTING YOUR LO | RE CE Elective | Houston Association of REALTORS | 3 |
| 09/30/11 | 22891 | UNDERSTANDING THE BASICS OF LEASING | RE CE Elective | Texas REALTORS | 6 |
| 05/18/11 | 18654 | TREC LEGAL UPDATE MCE (L) (CORRESPONDENCE) | Legal Update I | Lone Star College Tomball | 3 |
| 05/17/11 | 18655 | TREC ETHICS MCE (E) (CORRESPONDENCE) | Legal Update II | Lone Star College Tomball | 3 |
| 05/17/11 | 19414 | INSIDER'S GUIDE TO COMMERCIAL REAL ESTATE | RE CE Elective | Lone Star College Tomball | 9 |
| 04/08/11 | 22749 | Brand You! | RE CE Elective | Houston Association of REALTORS | 3 |
| 04/04/11 | 22749 | Brand You! | RE CE Elective | Houston Association of REALTORS | 3 |
| 04/21/09 | 17982 | EXPAND YOUR MARKET | RE CE Elective | Houston Association of REALTORS | 4 |



**Texas Real Estate Commission**

P.O. Box 12188

Austin, TX 78711-2188

512-936-3000

| Course Date | Course Number | Course Name | Subject | Provider Name | Hours |
|---|---|---|---|---|---|
| 04/17/09 | 16497 | TREC ETHICS MCE (E) | Legal Update II | Real Estate Education Services | 3 |
| 01/27/09 | 16542 | TEMPO CLIENT GATEWAY | RE CE Elective | Houston Association of REALTORS | 3 |
| 08/27/08 | 16496 | TREC LEGAL UPDATE MCE (L) | Legal Update I | Real Estate Education Services | 3 |
| 08/23/08 | 16779 | ACCREDITED LUXURY HOME SPECIALIST | RE CE Elective | Champions School of Real Estate, LTD | 15 |
| 05/17/08 | 811 | PROPERTY MANAGEMENT I | Qualifying RE Topics | Lone Star College Tomball | 30 |
| 10/19/07 | 15853 | SHORT SALES SOLUTIONS: A MINI-COURSE FOR REAL ESTATE AGENTS | RE CE Elective | AMERICA'S HOME RESCUE | 3 |
| 05/09/07 | 911 | REAL ESTATE INVESTMENTS I | Qualifying RE Topics | Lone Star College Tomball | 30 |
| 12/06/06 | 15440 | GET SMART | RE CE Elective | Houston Association of REALTORS | 2 |
| 04/28/06 | 421 | LOAN AP, PROCEDURES, C/C | Qualifying RE Topics | Lone Star College Tomball | 30 |
| 11/23/04 | 1111 | LAW OF AGENCY | Qualifying RE Topics | HOUSTON COMMUNITY COLLEGE SYSTEM | 45 |
| 11/22/04 | 112 | Principles of Real Estate II | Qualifying RE Topics | HOUSTON COMMUNITY COLLEGE SYSTEM | 45 |



**Texas Real Estate Commission**

P.O. Box 12188

Austin, TX 78711-2188

512-936-3000

| Course Date | Course Number | Course Name | Subject | Provider Name | Hours |
|---|---|---|---|---|---|
| 10/12/04 | 1200 | LAW OF CONTRACTS | Qualifying RE Topics | HOUSTON COMMUNITY COLLEGE SYSTEM | 45 |
| 10/11/04 | 111 | PRINCIPLES OF REAL ESTATE I | Qualifying RE Topics | HOUSTON COMMUNITY COLLEGE SYSTEM | 45 |

Additional information about this license holder may be viewed at the agency's website (www.trec.texas.gov) using the License Holder Search found on the home page. The original license date does not necessarily reflect continuous licensure. Copies of any final orders resulting from disciplinary action taken against the license holder may also be found using the Check for Disciplinary Actions link displayed under the "Related Information" on the sidebar of the License Holder Search results.

--------END OF RECORD--------