

There are many inquiries regarding Grand West Condos so we've briefly summarized the following questions and answers to help you better understand this Houston's new landmark hot-selling condos.

### Where is the location of this Condo? Why is the unit price of Grand West Condos higher than that of a house?

Condo usually appears in areas with dense population, convenient transportation, and commercial supporting development. Also, not only the land is more expensive but the cost of multi-story buildings is also higher than that of ordinary single-family houses. Therefore, the cost of the new Condo is relatively higher than that of ordinary single-family houses. For example, based on the land size and area of Grand West Condos, about 8 single-family houses can be built, which in turn means that a single building can be sold for more than $ 2,000,000!

### What is the difference between Condo and Apartment?

They are all buildings with more than 3 floors. Generally speaking, the Apartment is owned by a group or an owner and is only used for renting. Condo is similar to Apartment except that it has a separate owner who owns his own unit. The exterior wall of the structure is shared by all the owners and managed by the community management committee (HOA). Generally, condos with more than 3 floors will provide elevators in the good areas, and, on the other hand, for apartments even with 3 floors, there's no elevator and the building of the Apartment does not offer some of the amenities that Condo does because it is cater for rental. Condo is equivalent to owning property rights, but the size of the land is calculated in proportion.

Usually, the houses in large-scale comprehensive development commercial projects are mostly rental apartments, so that developers can maximize their profits! However, this Condo is the only mainstream development in this circle that comes with individual property rights. This is a rare opportunity!

### What kind of person is suitable for living in Condo?

People who like simple life! You don't need to worry about mowing the yard or about the maintenance of the exterior structure of the house! You don't need to go around to find or compare insurance companies, take care of the construction or engineer or mowing of the property! There's no need to worry about whether their work is done well! Just focus on being with and on spending the time with your family! Due to the limited space, it is more suitable for young office workers, retirees, empty nesters, or holiday homes! The simple and high-quality living mode of Condos has recently become a trend! Grand West Condos is not only located in a large commercial area but also has two major universities, University of Houston and Houston Community College's new campuses closely connected! This is also another great benefit!

### Is the Condo's HOA Fee an additional burden?

Of course not !! The HOA Fee of Condos includes maintenance of exterior wall structures, insurance, maintenance of public lawns, maintenance of public areas, and garbage disposal. In fact, whether it is an apartment or a detached house, regardless of size, there will be basic maintenance costs. If you calculate the above expenses for your existing single-family house, property structure insurance, mowing and front and back yard landscape maintenance, water fees, annual community management fees, and irregular repairs, etc., the monthly total cost of these is usually not less than about $ 300, plus the time cost of arranging different people to deal with it. Condo's HOA project costs, unified management, uniform outsourcing to service providers, and




the cost is allocated to each owner! Save money and be worry free! Single-family houses can be seen everywhere, and will always expand outwards, but Condos can only be located in high density/population areas with commercial developments which makes it a rare find.

The HOA Fee of Grand West Condos includes building structure insurance, maintenance of public areas (garbage, parking lot repair, carport maintenance, weeding), water and electricity costs for public areas, elevator maintenance, and management expenses!

### Why Grand West Condos is a new option for Chinese and Asian communities in Houston? It is synonymous with simple and high quality living?

Because Katy Asian Town is within walking distance! You can go to H-Mart to buy fresh food, as well as famous Asian-style restaurants, bakeries, etc., all with easy access and great Asian cuisine to satisfy any taste buds! In addition, the two new universities campuses will be your green backyard and it can also be a safe atmosphere! You can easily go to JCPenny for shopping, access Houston's major highway I-10 or TX-99, go to university that offers elective courses, and take your family and friends to the upcoming Andretti Large indoor entertainment center to play. This location has so many advantages that it allows you to fully meet six of life's basic needs categories! Be worry free, save time and save money! As the area develops more, you'll be able to enjoy even more amenities and business. This is a new option for a safe and simple Asian life in this circle! With its difference from the pure American style of ordinary high-end Condo products, this has become a Chinese-Western wall, and it has a more diversified advantage!

### I like the location and living environment very much, but I can't move to Grand West Condos immediately. Can I rent it out for profit?

Grand West Condos will be the only residential unit in the business district of Katy's University Center that provides individual property rights. There are only 50 units and, if you miss this opportunity, you won't have it again! So first come first served! You need to seize the opportunity! RE/MAX United provides services that cater to customers' needs and will make the best use of this project's biggest features. Through overall marketing of this complex with more than 300,000 daily traffic on I-10 and TX-99 highways, walking to life needs, and close proximity to the energy corridor and the rapid development of the Northwest District, RE/MAX United will help market and promote corporate housing and furnished short-term rental that will not only allows buyers to save on new purchases first, but also maintain value and help make rental profits!



Please follow our website ▨ and follow ~~RE/MAX United~~ WeChat ▨ for more detail and information.

~~RE/MAX United~~ Chinatown Office:
Phone: 713-630-8000
Address: 9889 Bellaire Blvd Ste 118, Houston TX 77036
Email: josielinteam@gmail.com

Phone: 346-998-8000
Address: 23119 Colonial Parkway A1, Katy TX 77449
Email: josielinteam@gmail.com



GRAND WEST CONDOS

## Homeowners Association

**Grand West Residential Condominium Association, Inc.**

9889 Bellaire Blvd. #118
Houston, TX 77036 Email:
gwcondos.hoa@gmail.com
Tel: 346.998.8000

**Monthly HOA Due:**
- One Bed Room: $248.00 per month
- Two Bed Room: $288.00 per month

**HOA Due Coverage:**
- Building Structure Insurance
- Community Access Gate
- Exterior Building Maintenance
- Assigned Covered Parking
- Elevator Maintenance
- Interior Common Area Maintenance
- Yard Maintenance
- Common Area Utilities
- Trash Fee
- HOA Management

## Tax Information

**Harris County Appraisal District (HCAD)**
www.hcad.org
13013 Northwest Freeway
Houston, Texas 77040
713.957.7800

Tax Assessor/Collector: Ann Harris Bennett

## Tax Rates

**Approx. 3.24% per HCAD value**

## School Information

**Katy Independent School District (KISD)**
http://www.katyisd.org/
6301 S. Stadium Lane
Katy, TX 77494
281.396.6000

**Winborn Elementary School**
**Grades Pre-K thru 5**
22555 Prince George St.
Katy, TX 77449
281.237.6650

**Morton Ranch Junior High**
**Grades 6 thru 8**
2498 N. Mason Road
Katy, TX 77449
281.237.7400

**Morton Ranch High School**
**Grades 9 thru 12**
21000 Franz Road
Katy, TX 77449
281.237.7800

## Trash Pickup

**Tuesdays and Fridays**

**US Post Office**
20180 Park Row Katy, TX 77449
281.829.5062

# Overview of GWC Availability

**Grand West Condos**

Investor Only ~ Price including Furnishing

22-08-01

North: (Back Door) Inner Parking Lot

## 1st Floor

| 1A | 1B | | 1C | 1D | | 1E | 1F | | 1G | 1H |
|---|---|---|---|---|---|---|---|---|---|---|
| 1Bed/1Bath | 2Bed/2Bath | | 2Bed/2Bath | 1Bed/1Bath | Elevator Lobby | 1Bed/1Bath | 2Bed/2Bath | | 2Bed/2Bath | 1Bed/1Bath |
| $269,880.00 | $318,880.00 | | $331,680.00 | $280,380.00 | | $280,380.00 | $331,680.00 | | $331,680.00 | $269,880.00 |

| 1J | 1K | 1L | 1M | 1N | 1O | 1P |
|---|---|---|---|---|---|---|
| 2Bed/2Bath | 1Bed/1Bath | 1Bed/1Bath | Main Lobby | 2Bed/2Bath | 2Bed/2Bath | 1Bed/1Bath |
| $318,880.00 | | | | $331,680.00 | | $269,880.00 |

Hall Way

## 2nd Floor

| 2A | 2B | 2J | 2C | 2D | 2K | 2E | 2F | 2L | 2G | 2H |
|---|---|---|---|---|---|---|---|---|---|---|
| 1Bed/1Bath | 2Bed/2Bath | 2Bed/2Bath | 2Bed/2Bath | 1Bed/1Bath | 1Bed/1Bath | 1Bed/1Bath | 2Bed/2Bath | 2Bed/2Bath | 2Bed/2Bath | 1Bed/1Bath |
| $272,880.00 | $321,880.00 | $272,880.00 | $272,880.00 | | | $283,380.00 | $334,680.00 | | | |

| 2M | 2N | 2O | 2P |
|---|---|---|---|
| 1Bed/1Bath | 2Bed/2Bath | 2Bed/2Bath | 1Bed/1Bath |

Hall Way · Elevator Lobby

## 3rd Floor

| 3A | 3B | 3I | 3C | 3D | 3J | 3E | 3F | 3K | 3G | 3H |
|---|---|---|---|---|---|---|---|---|---|---|
| 1Bed/1Bath | 2Bed/2Bath | 2Bed/2Bath | 2Bed/2Bath | 1Bed/1Bath | 2Bed/2Bath | 1Bed/1Bath | 2Bed/2Bath | 2Bed/2Bath | 2Bed/2Bath | 1Bed/1Bath |
| $272,880.00 | | | | $276,880.00 | | | $335,880.00 | | $335,880.00 | $276,880.00 |

| 3L | 3M | 3N | 3O | 3P |
|---|---|---|---|---|
| 1Bed/1Bath | 1Bed/1Bath | 2Bed/2Bath | 2Bed/2Bath | 1Bed/1Bath |
| | $276,880.00 | | | |

Hall Way · Elevator Lobby

South: (Front Door) I-10

* The above information is subject to change without further notice.

Add: 1207 Grand West Blvd., Katy, TX 77449