United States District Court
Southern District of Texas
**ENTERED**
November 10, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| James Re-Amari, et al, | § | |
| | § | |
| | § | |
| V. | § | C.A. Action No. 4:22-3171 |
| | § | |
| Re/Max LLC., et al, | § | |

### ORDER

Pending before the Court is Plaintiff's Motion for Substituted Service (Doc. # 15). Having considered the motions and the applicable law, the Court determines that the motion should be granted. Accordingly, the Court hereby

ORDERS that the Motion for Substituted Service (Doc. # 15) is GRANTED.

SIGNED on the ___10___ day of November, 2022..

DAVID HITTNER
United States District Judge