United States District Court
Southern District of Texas
**ENTERED**
April 14, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES RA-AMARI, *et al.*, | § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. H-22-3171 |
| RE/MAX LLC, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER

Pending before the Court is Plaintiffs' Motion for Reconsideration (Document No. 49). Having considered the motions, submissions, and appliable law, the Court determines the motion should be denied. Accordingly, the Court hereby

**ORDERS** that Plaintiffs' Motion for Reconsideration (Document No. 49) is **DENIED**.

SIGNED at Houston, Texas, on this 14 day of April, 2023.

*[Signature]*
DAVID HITTNER
United States District Judge