United States District Court
Southern District of Texas
**ENTERED**
July 13, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| JAMES RA-AMARI, INDIVIDUALLY, MISTY RA-AMARI, INDIVIDUALLY, ROSEMARY AFFUL, INDIVIDUALLY<br><br>*Plaintiffs,*<br><br>v.<br><br>RE/MAX LLC, A DELAWARE LIMITED LIABILITY COMPANY, EXP REALTY, LLC, A WASHINGTON LIMITED LIABILITY COMPANY, UMRE INVESTMENT HOLDINGS, LLC IS A TEXAS LIMITED LIABILITY COMPANY, UNITED PROPERTY MANAGEMENT, CHENG CHING "JOSIE" LIN, INDIVIDUALLY AND AS AN AGENT AND/OR EMPLOYEE OF GRAND WEST CONDOMINIUMS, GRAND WEST RESIDENTIAL CONDOMINIUM ASSOCIATION, INC.<br><br>*Defendants.* | CAUSE NO. 4:22-CV-03171 |

## ORDER GRANTING DEFENDANT GRAND WEST RESIDENTIAL CONDOMINIUM ASSOCIATION, INC'S MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)

On this day came on to be heard Defendant Grand West Residential Condominium Association, Inc.'s ("Defendant" or the "Association") Motion for Entry

of Final Judgment pursuant to Federal Rule of Civil Procedure 54(b). The Court, after previously granting the Association Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), denying Plaintiffs' Motion for Reconsideration, considering this Motion, a Response if any, and arguments of counsel, if any, is of the opinion that the Motion for Entry of Final Judgment should be, and is hereby in all things, GRANTED.

It is therefore ORDERED that Final Judgment is ENTERED in favor of Grand the Association. Plaintiffs' claims against the Association are dismissed with prejudice, and Plaintiffs shall take nothing against the Association.

_7/13/23_  
Date

_____  
Honorable United States District Judge