United States District Court
Southern District of Texas

**ENTERED**

August 01, 2023

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| JAMES RA-AMARI, Individually, <br> MISTY RA-AMARI, Individually, and <br> ROSEMARY AFFUL, Individually <br><br> *Plaintiffs,* <br><br> *v.* <br><br> RE/MAX, LLC, a Delaware Limited <br> Liability Company, EXP REALTY, LLC, a <br> Washington Limited Liability Company, <br> UMRE INVESTMENT HOLDINGS, LLC, <br> is a Texas Limited Liability Company, <br> UNITED PROPERTY MANAGEMENT, <br> CHENG CHING "JOSIE" LIN, Individually <br> and as an agent and/or employee of GRAND <br> WEST CONDOMINIUMS, GRAND WEST <br> RESIDENTIAL CONDOMINIUM <br> ASSOCIATION, INC. <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:22-cv-03171 |

### ORDER GRANTING DEFENDANT RE/MAX, LLC'S
### MOTION FOR FINAL JUDGMENT PURSUANT TO RULE 54(b)

On this day came to be heard Defendant Re/Max LLC's Motion for Final Judgment

Pursuant to Rule 54(b). The Court, after previously granting Re/Max's Motion to Dismiss

pursuant to Federal Rule of Civil Procedure 12(b)(6), denying Plaintiffs Motion for

Reconsideration, considering this Motion, a Response if any, and arguments of counsel, if any, is

of the opinion that the Motion for Final Judgment should be, and is hereby in all things,

GRANTED.

It is therefore ORDERED that Final Judgment is ENTERED in favor of Re/Max LLC.

Plaintiffs claims against Re/Max are dismiss with prejudice, and Plaintiffs shall take nothing

against Re/Max.

7/31/23

Date

Honorable United States District Judge